UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
:
SALVADOR DE JESUS REYES, *on behalf of himself and* :
*all others similarly situated*, et al., :
:
                        Plaintiffs, :     21-CV-7218 (JMF) (JLC)
:
                 -v- :     <u>ORDER OF REFERENCE</u>
:     <u>TO A MAGISTRATE</u>
:     <u>JUDGE</u>
BENCHMARK CONTRACTING INC. et al., :
:
                        Defendants. :
:
---------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

       This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| _X_ | Settlement | | |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

       The parties are directed to contact the Chambers of Magistrate Judge Cott no later than **one week after an answer is filed** to schedule a settlement.

       SO ORDERED.

Dated: August 30, 2021
       New York, New York                                   _____
                                                                    JESSE M. FURMAN
                                                                    United States District Judge