# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

December 7, 2021

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

      Re:  *Reyes v. Benchmark Contracting, Inc.*,
           No. 21 Civ. 7218 (JMF)(JLC) (ECF No. 16)

Dear Judge Furman:

    This firm represents plaintiffs Salvador de Reyes Jesus, Milwar Vargas, and Eloy Caldas in the above-referenced matter. We submit this letter in response to the Court's Order to Show Cause dated December 3, 2021 (ECF No. 16).

    Since October 2021, the undersigned has worked with PM Legal, LLC ("PM Legal"), a process server, to attempt to serve Defendants. PM Legal could not complete service at any of Defendants' last known addresses in Queens, Westchester, and Rockland Counties (*see* service of process invoice attached). On December 1, 2021, PM Legal served Benchmark Contracting Inc. through the New York Secretary of State (*see* ECF No. 17).

    To date, no attorney has appeared or been retained to represent Defendants. Because their mailing addresses are unknown, the undersigned cannot mail Defendants the Court's Order. However, Michael Taubenfeld, Esq., who previously represented Benchmark Contracting Inc. and its owner in *Rosado v. Benchmark Contracting Inc.*, No. 19 Civ. 504 (ENV)(JO) (E.D.N.Y. 2019), communicated with the undersigned and agreed to forward the Order to his former clients.

    We thank the Court for its time and attention to this matter and are available to discuss any further issues with the Court if necessary.

                                    Respectfully submitted,

                                    Gianfranco J. Cuadra

Encl.