# PM Legal

PM Legal, LLC
1235 Broadway, 2nd Floor
New York, NY 10001
(212) 233-4040
(212) 732-4327 (fax)
info@pmlegal.com

**INVOICE**

TAX ID # 13-3970350

Invoice Number: 10331447
Account: PPLLC
Invoice Date: 12/6/2021
**Invoice Total: $849.00**

GIANFRANCO J. CUADRA
PECHMAN LAW GROUP, PLLC
488 MADISON AVENUE, 17TH FLOOR
NEW YORK, NY 10022

Route: 70

File # :
Index # : 1:21-CV-07218-JMF

Your contact:

U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

SALVADOR DE JESUS REYES, ETAL v. BENCHMARK CONTRACTING INC., ETAL

| Job # | | Servee | Line item detail | Fee Prepaid | Fee | Charge | Job Total |
|---|---|---|---|---|---|---|---|
| 5551221 | 11/2/21 | ALAN RAFTERY | | | | | $64.00 |
| | | | *SUMMONS AND COMPLAINT JURY TRIAL DEMANDED* | | | | |
| | | | CHARGE - Service in Queens | | | 64.00 | |
| 5551239 | 11/2/21 | ALAN RAFTERY | | | | | $79.00 |
| | | | *SUMMONS AND COMPLAINT JURY TRIAL DEMANDED* | | | | |
| | | | CHARGE - Service in Westchester | | | 79.00 | |
| 5551247 | 11/2/21 | BENCHMARK CONTRACTING INC. | | | | | $64.00 |
| | | | *SUMMONS AND COMPLAINT JURY TRIAL DEMANDED* | | | | |
| | | | CHARGE - Service in Queens | | | 64.00 | |
| 5551262 | 11/2/21 | BENCHMARK CONTRACTING INC. | | | | | $79.00 |
| | | | *SUMMONS AND COMPLAINT JURY TRIAL DEMANDED* | | | | |
| | | | CHARGE - Service in Westchester | | | 79.00 | |
| 5551288 | 11/2/21 | ANDREW COLLINS | | | | | $64.00 |
| | | | *SUMMONS AND COMPLAINT JURY TRIAL DEMANDED* | | | | |
| | | | CHARGE - Service in Queens | | | 64.00 | |
| 5551296 | 11/2/21 | ANDREW COLLINS | | | | | $79.00 |
| | | | *SUMMONS AND COMPLAINT JURY TRIAL DEMANDED* | | | | |
| | | | CHARGE - Service in Westchester | | | 79.00 | |
| 5615471 | 11/30/21 | ALAN RAFTERY | | | | | $99.00 |
| | | | *SUMMONS AND COMPLAINT JURY TRIAL DEMANDED* | | | | |
| | | | CHARGE - Attempted Service in Rockland Cou | | | 99.00 | |
| 5615489 | 11/30/21 | BENCHMARK CONTRACTING INC. | | | | | $99.00 |
| | | | *SUMMONS AND COMPLAINT JURY TRIAL DEMANDED* | | | | |
| | | | CHARGE - Attempted Service in Rockland Cou | | | 99.00 | |
| 5615505 | 11/30/21 | ANDREW COLLINS | | | | | $99.00 |
| | | | *SUMMONS AND COMPLAINT JURY TRIAL DEMANDED* | | | | |
| | | | CHARGE - Attempted Service in Rockland Cou | | | 99.00 | |
| 5732680 | 12/1/21 | BENCHMARK CONTRACTING INC. | | | | | $123.00 |
| | | | *SUMMONS AND COMPLAINT JURY TRIAL DEMANDED* | | | | |
| | | | CHARGE - Serve Sec. of State Rush | | | 83.00 | |
| | | | SOS FEE ADVANCE - Sec. of State Fee Advar | 40.00 | | | |

Total Due: **$849.00**

# PM Legal

PM Legal, LLC
1235 Broadway, 2nd Floor
New York, NY 10001
(212) 233-4040
(212) 732-4327 (fax)
info@pmlegal.com

**REMITTANCE ADVICE**

Please make checks payable to PM Legal, LLC and remit payment to the address below.

| | |
|---|---|
| Invoice Number: | 10331447 |
| Account: : | PPLLC |
| Invoice Date: | 12/6/2021 |
| **Invoice Total:** | **$849.00** |

PM Legal, LLC
1235 Broadway, 2nd Floor
New York, NY 10001

**Amount Remitted :**

Please enclose this sheet along with your payment.  Thank you very much for your business.