UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SALVADOR DE JESUS REYES, MILWAR :
VARGAS, and ELOY CALDAS, on behalf of :
themselves and all others similarly situated, : **21 Civ. 7218 (JMF)(JLC)**
:
Plaintiffs, :
: **NOTICE OF VOLUNTARY**
-against- : **DISMISSAL WITHOUT**
: **PREJUDICE PURSUANT**
BENCHMARK CONTRACTING INC., ALAN : **TO F.R.C.P. 41(a)(1)(A)(i)**
RAFTERY, and ANDREW COLLINS, :
:
Defendants. :
-------------------------------------------------------------- X

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Salvador de Jesus Reyes, Milwar Vargas, and Eloy Caldas, through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against all defendants. The Parties have not resolved any of the claims in this Action.

Dated: New York, New York
        January 18, 2022

                                            PECHMAN LAW GROUP PLLC

                                            By: *s/Gianfranco J. Cuadra*
                                                Louis Pechman
                                                Gianfranco J. Cuadra
                                                Pechman Law Group PLLC
                                                488 Madison Avenue, 17th Floor
                                                New York, New York 10022
                                                Tel.: (212) 583-9500
                                                pechman@pechmanlaw.com
                                                cuadra@pechmanlaw.com

                                                *Attorneys for Plaintiffs*